CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
APR 1 5 2016
JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION
APRIL 2016 SESSION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 4:16-CR-0003 |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| | ) | **In Violation of:** |
| | ) | |
| ROBERT ANTUANE EGGLESTON | ) | Title 18, U.S.C., §922(g)(1) |

## COUNT ONE

The Grand Jury charges:

1. That on or about January 16, 2015, in the Western Judicial District of Virginia, the defendant, ROBERT ANTUANE EGGLESTON, did knowingly possess a firearm which had previously been shipped or transported in interstate or foreign commerce, after he had previously been convicted of a crime punishable by more than one year imprisonment.

2. In violation of Title 18, United States Code Section 922(g)(1).

## NOTICE OF FORFEITURE

1. Upon conviction of one or more of the felony offenses alleged in this Indictment, the defendant shall forfeit to the United States:

   a. any firearms and ammunition involved or used in the commission of said offenses, or possessed in violation thereof, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

1 | Page

2. The property to be forfeited to the United States includes but is not limited to the following property:

   a. Romarm, model GP WASR-10/63, 7.62x39 caliber, semi-automatic rifle, serial #JL4456-76AK-47;
   b. Taurus, PT 840, .40 caliber, semi-automatic pistol, serial #SCR77957;
   c. Approximately 30 rounds of Romarm Ammunition 7.62x39 caliber;
   d. Approximately 15 rounds Taurus ammunition .40 caliber;

3. If any of the above-described forfeitable property, as a result of any act or omission of a defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with a third person;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL this 15 day of April, 2016.

*s/Grand Jury Foreperson*
FOREPERSON

JOHN P. FISHWICK, JR.
UNITED STATES ATTORNEY