IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No.   4:16-cr-00003 |
| | : | 4:16-cr-00007 |
| ROBERT ANTWUAN EGGLESTON | : | |

## MOTION FOR SUBSTANTIAL ASSISTANCE CONSIDERATION

Pursuant to Section 5K1.1, United States Sentencing Commission Guidelines Manual, and pursuant to Title 18, United States Code, Section 3553(e), the United States moves that ROBERT ANTWUAN EGGLESTONbe accorded the benefit of a sentencing departure from the Guidelines level otherwise found to apply, based upon the fact that ROBERT ANTWUAN EGGLESTON  has  provided substantial assistance in the investigation and prosecution of another person or persons who have committed offenses.

Respectfully submitted,

RICK A. MOUNTCASTLE
Acting United States Attorney


 s/Donald R. Wolthuis
Assistant United States Attorney
VSB 19705
United States Attorney's Office
P.O. Box 1709
Roanoke, VA 24008
TEL (540) 857-2250
FAX (540) 857-2614

## CERTIFICATE OF SERVICE

I hereby certify that I have this 12th day of June, 2017, electronically filed the Motion for Substantial Assistance Consideration with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

s/ Donald R. Wolthuis<br>
Assistant United States Attorney<br>
VSB #19705