AO 245B (Rev. 11/16 - VAW Additions 05/17) Judgment in Criminal Case
Sheet 2 - Imprisonment

Judgment - Page 2 of 7

DEFENDANT: ROBERT ANTUANE EGGLESTON
CASE NUMBER: DVAW416CR000003-001
DVAW416CR00007-003

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

120 months (120 months on Count 1 in case 4:16CR00007-3 and 120 months on Count 1 in case 4:16CR00003-1 to be served concurrently to each other and concurrently to any previous state sentence).

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL 25 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

☒ The court makes the following recommendations to the Bureau of Prisons:
Defendant receive appropriate drug treatment while imprisoned.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before _____ on _____
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 7/11/17 to FCI Gilmer
a _____, with a certified copy of this judgment.

Richard Sellers, acting
UNITED STATES MARSHAL

By Cmd for JPATS
DEPUTY UNITED STATES MARSHAL